# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

LA-MONT SMALLS, HOMER WILLIAMS and )
LINDA WILLIAMS, )
                                                   )

                Plaintiffs, )

vs. )   CIVIL ACTION FILE NO.

                                                   )
SERVICE CORPORATION INTERNATIONAL )
and SCI TENNESSEE FUNERAL SERVICES, )
LLC, )
                                                   )

                Defendants. )

                                                 )

## <u>NOTICE OF FILING DEFENDANTS' PETITION FOR REMOVAL</u>

TO:    Frank P. Pinchak, Esq.
         Donna J. Mikel, Esq.
         Burnette, Dobson & Pinchak
         711 Cherry Street
         Chattanooga, TN 37402

PLEASE TAKE NOTICE that Defendants Service Corporation International and SCI Tennessee Funeral Services, LLC have this date filed a Petition for Removal, a copy of which is attached hereto, in the office of the Clerk of the United States District Court for the Eastern District of Tennessee.

Respectfully submitted this 18th day of July, 2018.

/s/ Stephen W. Mooney, Esq.
Stephen W. Mooney
Georgia Bar No. 001790
Matthew T. Gomes
Georgia Bar No. 297453
WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC
Attorneys for Defendants

3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326
404-876-2700
404-875-9433 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2018, the foregoing Notice of Filing Defendants' Petition for Removal was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing as well as depositing a copy in the U.S. mail with sufficient postage affixed thereto to ensure delivery to the following:

Frank P. Pinchak, Esq.
Donna J. Mikel, Esq.
Burnette, Dobson & Pinchak
711 Cherry Street
Chattanooga, TN 37402

/s/ Stephen W. Mooney, Esq.